S. PRESTLEY BLAKE ET AL. *v.* BOARD OF TAX REVIEW OF THE TOWN OF SOMERS
(8331)

DUPONT, C. J., BORDEN and DALY, Js.

Argued March 13—decision released March 21, 1990

*James W. Sherman,* for the appellants (plaintiffs).

*Edward J. McGuire,* for the appellee (defendant).

PER CURIAM. We have fully reviewed the plaintiffs' claims of error on appeal and the parties' briefs regarding those claims. We have also fully reviewed the record of this case, and the thorough and well reasoned memorandum of decision of the trial court. On the basis of this review, and applying the proper scope of review to the plaintiffs' claims, we conclude that those claims are without merit.

There is no error.